IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
     v.                           )    No.  08 C 3817
                                  )    (01 CR 1115)
ALFREDO LONGORIA,                 )
                                  )
                Defendant.        )

## MEMORANDUM ORDER

Alfredo Longoria, who is serving a 50-year sentence based on a drug transaction that ultimately culminated in his gratuitous shooting of a coconspirator--the second time when his target was lying on the ground paralyzed and writhing in pain--has filed a self-prepared 28 U.S.C. §2255 ("Section 2255") motion, in which he has asserted that the government introduced perjured testimony from the coconspirator and that Longoria's defense counsel had relatedly provided him with ineffective assistance--a claimed constitutional violation.  Even though Longoria's motion appeared totally devoid of merit based on the record, out of an abundance of caution this Court required the United States to respond.

Now the Government's Response to Defendant's Motion Pursuant to 28 U.S.C. §2255 is in hand, and it has provided chapter and verse calling for the denial of Longoria's motion.  To parrot what the government has said in that Response would simply amount to an act of supererogation.  Instead this Court endorses what has been said in that six-page Response, and it denies Longoria's

Section 2255 motion out of hand.  Because this District Court's practice is to assign a civil case number to Section 2255 motions to facilitate recordkeeping in such matters, that action (Case No. 08 C 3817) is also dismissed with prejudice.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date:  September 2, 2008